JOSEPH MILLER, Appellant and Respondent, *v.* L. BOYER's
SONS Co., Respondent, and T. HOGAN & SONS, INC.,
Appellant.

*Negligence — master and servant — action to recover for personal
injuries arising from fall from ladder improperly secured.*

*Miller* v. *Boyer's Sons Co.*, 206 App. Div. 708, affirmed.

(Argued November 22, 1923; decided December 27, 1923.)

APPEAL from a judgment of the Appellate Division
of the Supreme Court in the second judicial department,
entered May 10, 1923, affirming a judgment in favor of
plaintiff and against the defendant, appellant, and in
favor of defendant, respondent, and against plaintiff,
appellant, entered upon a verdict in an action to recover
for personal injuries alleged to have been sustained by
plaintiff through the negligence of defendants. The
injuries complained of were sustained while plaintiff was
in the employ of the defendant T. Hogan & Sons, Inc.,
which at the time was in the employ of the defendant
L. Boyer's Sons Co. as stevedore. The negligence
charged against the defendant L. Boyer's Sons Co. is
in carelessly erecting a ladder as a means of access from
a steamer to that defendant's lighter, lying alongside of
the steamer. The negligence charged against the defend-
ant Hogan & Sons, a stevedore, is in adopting this
ladder as a means of access to and from the lighter for
its employees, and in failing to inspect it, whereby plaintiff
fell and received the injuries complained of.

*Harold R. Medina* and *Arthur J. Levine* for plaintiff,
appellant and respondent.

*Eli J. Blair* for defendant, apppellant.

*E. C. Sherwood* for defendant, respondent.

Judgment affirmed, with costs to plaintiff against
defendant T. Hogan & Sons, Inc., and with costs to defend-
ant L. Boyer's Sons Co. against plaintiff and defendant
Hogan & Sons, Inc.; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND,
CRANE and ANDREWS, JJ. Not voting: McLAUGHLIN, J.